PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL THOMAS MCBRIDE<br><br>Defendants. | CASE NO. 1:24-CR-00061-JAM-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Richard Beshwate, attorney for defendant Randall McBRIDE, that the status conference set for January 22, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 14, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from January 22, 2025 to May 14, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are engaged in plea negotiation. As part of those negotiations, the parties are evaluating a related incident that may effect the calculation of the defendant's

Stipulation                                    1

1  sentencing guidelines. The government has requested additional information related to that
2  incident from law enforcement and expect to receive and produce it well in advance of the
3  proposed status conference date.

    b)     The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

    c)     The government does not object to the continuance.

    d)     An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

    e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>January 22, 2025</u> to <u>May 14, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 10, 2025                           Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                 United States Attorney

                                   By      /s/ Robert L. Veneman-Hughes
                                        ROBERT L. VENEMAN-HUGHES
                                        Assistant United States Attorney

Dated: January 10, 2025                           /s/ Richard Beshwate
                                                 RICHARD BESHWATE
                                                 Attorney for Defendant Randall McBRIDE

**ORDER**

IT IS SO ORDERED that the status conference is continued from January 22, 2025, to **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 between those dates upon finding of good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons stated above.

IT IS SO ORDERED.

Dated:   **January 10, 2025**                           /s/ Barbara A. McAuliffe
                                                               UNITED STATES MAGISTRATE JUDGE