RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

RANDALL THOMAS MCBRIDE,

     Defendant.

**Case No. 1:24-cr-00061-JAM-EPG**

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant RANDALL MCBRIDE and, Assistant U.S. Attorney ROBERT VENEMAN-HUGHES for the Plaintiff, that the sentencing hearing currently scheduled for February 10, 2026, at 9:00 a.m. shall be continued until, March 3, 2026, at 9:00 a.m.

The defense needs additional time to prepare for the sentencing hearing, and to reset schedule for objections. Defense counsel was ill and unable to file informal objections according to the schedule. The parties agree that good cause exists for the continuance. The parties stipulate and agree that the interests of justice are served by granting this continuance

and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: January 28, 2026

    Respectfully submitted,

    \s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
RANDALL MCBRIDE

Dated: January 28, 2026

    Respectfully submitted,

    \s\Robert Veneman-Hughes
Robert Veneman-Hughes
Assistant U.S. Attorney

**ORDER**

The Sentencing hearing as to the above-named defendant currently scheduled for February 10, 2026, at 9:00 a.m. shall be **CONTINUED** until, **March 03, 2026, at 9:00 a.m.**

**IT IS SO ORDERED.**


Dated: January 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE